Order entered January 15, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00047-CR

## EX PARTE BRODEY GARRETT DUKE

**On Appeal from the County Court at Law No. 2
Grayson County, Texas
Trial Court Cause No. 2014-2-0848**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying his pretrial application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal for inclusion in the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Grayson County Clerk to file, within **FIFTEEN DAYS** of the date of this order, the clerk's record containing all the documents related to appellant's pretrial application for writ of habeas corpus, the trial court's written order ruling on the application for writ of habeas corpus, and the trial court's certification of appellant's right to appeal.

We **ORDER** Tammy Allen official court reporter of the County Court at Law No. 2, to file, within **FIFTEEN DAYS** of the date of this order, either the reporter's record from the

hearing on the pretrial application for writ of habeas corpus or written verification that no hearing was conducted on the application.

Appellant's brief is due by **FEBRUARY 17, 2015**.  The State's brief is due by **MARCH 5, 2015**.  If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief.  *See* TEX. R. APP. P. 31.1.

The appeal will be submitted, without argument, on **April 9, 2015** to a panel consisting of Justices Bridges, Fillmore, and Brown.  *See* TEX. R. APP. P. 31.2, 39.1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Carol M. Siebman, Presiding Judge, County Court at Law No. 2; Tammy Allen, official court reporter, County Court at Law No. 2; Wilma Bush, Grayson County Clerk; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE